# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA VASQUEZ,<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:11-cv-00853-SKO<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME**<br><br>(Doc. 14) |

On January 9, 2012, the parties filed a stipulated request that an extension of time be granted to allow Plaintiff to file an opening brief and to allow the Commissioner to file an opposition. (Doc. 14.) Pursuant to the reasons set forth in the stipulation, the Court GRANTS the parties' request.

According to the stipulated agreed upon dates, IT IS HEREBY ORDERED that:

1. Plaintiff shall file an opening brief **on or before March 9, 2012**;

2. The Commissioner shall file a responsive brief **on or before April 9, 2012**; and

3. Plaintiff may file a reply brief **on or before April 24, 2012**.

IT IS SO ORDERED.

**Dated:   January 10, 2012**                    /s/ Sheila K. Oberto
                                                                 UNITED STATES MAGISTRATE JUDGE